Form B1 (Official Form 1) - (Rev. 1/08)                                                          2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| CBD Franchising, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, ano trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| Closets By Design Franchising | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 95-4845442 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): 11145 Knott Avenue, Suite A Cypress, CA        ZIP CODE 90630 | Street Address of Joint Debtor (No. & Street, City, and State):        ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: Los Angeles County | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): 3860 Capitol Ave. Whittier, CA        ZIP CODE 90601 | Mailing Address of Joint Debtor (If different from street address):        ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):        ZIP CODE |
|---|

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this* fm <br> ☒ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) <br> _____ | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☒ Other   Franchising | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9   ☐ Chapter 12 <br> ☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check one box, if applicable) <br> ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts** (Check one box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached <br><br> ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D). <br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> ----------------------------------------- <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

| Statistical/Administrative Information | **THIS SPACE FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev. 1/08) | | 2008 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>CBD Franchising, Inc. | FORM B1, Page 2 |
|---|---|---|

*Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)*

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

*Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)*

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❏   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>❏  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒  No | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>❏  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>❏  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor – Venue**
*(Check any applicable box)*

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❏  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

❏  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

❏  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) (Rev. 1/08)

2008 USBC, Central District of California

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
| --- | --- | --- |
| (This page must be completed and filed in every case) | CBD Franchising, Inc. | |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney

X _Christopher S. Reeder_____
  Signature of Attorney for Debtor(s)

  Christopher S. Reeder
  Printed Name of Attorney for Debtor(s)
  Reeder, Lu & Green LLP
  Firm Name
  2121 Avenue of the Stars
  Address
  Suite 950

  (310) 270-9300
  Telephone Number

  3/17/10              193041
  Date                 Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  Gerard A. Thompson
  Printed Name of Authorized Individual
  Senior Vice President & CFO
  Title of Authorized Individual
  March 17, 2010
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
  (Printed Name of Foreign Representative)

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
                              Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 (310) 270-9300<br><br>☒ *Attorney for:* CBD Franchising, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      CBD FRANCHISING, INC. | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists          Date Filed: March 17, 2010

☐  Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____

☐  Other: _____          Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          3/17/2010
Signature of Authorized Signatory of Filing Party          Date

Gerard A. Thompson
*Printed Name of Authorized Signatory of Filing Party*

Senior Vice President and CFO
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          3/17/10
Signature of Attorney for Filing Party          Date

Christopher S. Reeder
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

**UNANIMOUS WRITTEN CONSENT**
**OF DIRECTORS OF**
**CBD FRANCHISING, INC.**

The undersigned members of the Board of Directors ("Board") of CBD Franchising, Inc. (the "Company"), being all of the Directors of the Company, hereby adopt the following resolutions by unanimous written consent, as authorized by applicable law and the By-Laws of the Company:

**WHEREAS**, the Board has determined that it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing a case (the "Bankruptcy Case") under the Bankruptcy Code; therefore, it is:

**RESOLVED**, that the Company be, and hereby is, authorized to file a petition for relief under chapter 11 in the Bankruptcy Case, and the law firm of Reeder, Lu & Green, LLP is authorized to file the petition on behalf of the company; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the Bankruptcy Case for the Company and Reeder, Lu & Green, LLP as special counsel for specified matters; and it is

**RESOLVED**, that each of the officers of the Company, including Frank Melkonian, Chief Executive Officer, Gerard A. Thompson, Chief Financial Officer, and Alex Jivalagian, vice president of operations, are hereby authorized to:

a.    Execute and file all schedules, lists, statements and other papers and to take any and all action that he deems necessary, proper or desirable in connection with the Bankruptcy Case for the Company with view toward the successful completion of the Bankruptcy Case; and

b.    Take all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions.

Dated: March 17, 2010          By:   _F. Melkonian_
                               Name:  _FRANK MELKONIAN_

1

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Christopher S. Reeder, Esq. (SBN 193041)<br>Reeder, Lu & Green LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>(310) 270-9300<br>☑ Attorney for: CBD Franchising, Inc. | FOR COURT USE ONLY |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>CBD Franchising, Inc.<br><br>Debtor(s).<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Gerard A. Thompson _____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

   ☑  I am the president or other officer or an authorized agent of the debtor corporation

   ☐  I am a party to an adversary proceeding

   ☐  I am a party to a contested matter

   ☐  I am the attorney for the debtor corporation

2. a.   ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   *[For additional names, attach an addendum to this form.]*

   Home Organizers Inc.

   b.   ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____      3/17/2010
Signature of Attorney or Declarant          Date

Gerard A. Thompson
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1 | Christopher S. Reeder (State Bar No. 193041)
REEDER, LU & GREEN LLP
2 | 2121 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
3 | Telephone: (310) 270-9300

4 | Proposed Counsel to CBD Franchising, Inc.

5 | <center>UNITED STATES BANKRUPTCY COURT</center>

6 | <center>CENTRAL DISTRICT OF CALIFORNIA</center>

7 | <center>LOS ANGELES DIVISION</center>

In re: | Case No.:

8 |

CBD FRANCHISING, INC., a California | Chapter 11
corporation, .

9 |

10 | Debtor. | **LIST OF CREDITORS HOLDING 20
LARGEST UNSECURED CLAIMS
11 | PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 1007(D);
12 | DECLARATION OF GERARD A.
THOMPSON**

13 |

14 |

15 | The above-captioned debtor (the "Debtor"), hereby submits the attached List of Creditors

16 | Holding 20 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the

17 | "List"). The List does not include (1) persons who come within the definition of "insider" set forth in

18 | 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the

19 | unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The

20 | List also does not include customers who have pre-paid for products and/or services from the Debtor

21 | or who may have warranty claims against the Debtor or current employees with priority claims under

22 | 11 U.S.C. § 507(a)(4), as the Debtor intends to satisfy such claims in the ordinary course of its

23 | business, subject to approval by the Court.

The list was prepared by the Debtor based upon the ongoing review of its books and records.

24 | The List, therefore, is subject to amendment if additional information becomes known as a result of

25 | the ongoing review of the books and records.

26 |

27 |

28 |

<center>1</center>

1  Dated: March 17, 2010                 REEDER, LU & GREEN LLP

2

3                                        By: _Christ S. Reeder_

4                                            Christopher S. Reeder
                                         Proposed Counsel for CBD Franchising, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF GERARD A. THOMPSON

I, Gerard A. Thompson, declare as follows:

1.    I am the Senior Vice President and Chief Financial Officer of the Debtor in the above-captioned matter.  The attached List of Creditors Holding 20 Largest Unsecured Claims (the "List") is true and correct to the best of my information and belief based upon my review of the Debtor's books and records.  If additional information becomes known as a result of the ongoing review of the Debtor's books and records, the List will be promptly amended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of March 2010 at Whittier, California.

Gerard A. Thompson
Senior Vice President and CFO

3

## CLOSETS BY DESIGN FRANCHISING, INC.
### 20 Largest Unsecured Claims

| (1)<br>Name of creditor & mailing address | (2)<br>Name, telephone & address of contact | (3)<br>Nature of claim | (4)<br>Indicate if contingent, unliquidated, disputed, subject to set off | (5)<br>Amount |
|---|---|---|---|---|
| Valassis Direct Mail Inc.<br>File 70179<br>Los Angeles, CA 90074-0179 | Valassis Direct Mail Inc.<br>File 70179<br>Los Angeles, CA 90074-0179 | Vendor | | $81,617.92 |
| Deluxe Business Forms<br>PO Box 742572<br>Cincinnati, OH 45274-2572 | Deluxe Business Forms<br>PO Box 742572<br>Cincinnati, OH 45274-2572 | Vendor | | $340.05 |
| Department of Corporations | Department of Corporations | Vendor | | $450.00 |
| General Treasurer of Rh. Island<br>233 Richmond St Ste Unit 232<br>Providence, RI 02903 | General Treasurer of Rh. Island<br>233 Richmond St Ste Unit 232<br>Providence, RI 02903 | Vendor | | $300.00 |
| Law Office of Don M. Drysdale<br>3501 Jamboree Road Suite 6000<br>Newport Beach, CA 92660-2960 | Law Office of Don M. Drysdale<br>3501 Jamboree Road Suite 6000<br>Newport Beach, CA 92660-2960 | Vendor | | $400.00 |
| Meyer & Son<br>4019 Medford Street<br>Los Angeles, CA 90063 | Meyer & Son<br>4019 Medford Street<br>Los Angeles, CA 90063 | Vendor | | $1,121.29 |
| Money Mailer<br>12131 Western Ave<br>Garden Grove, CA 92841 | Money Mailer<br>12131 Western Ave<br>Garden Grove, CA 92841 | Vendor | | $23,095.00 |
| Minnesota State Treasurer<br>85 7th Place East Suite 500<br>Saint Paul, MN 55101 | Minnesota State Treasurer<br>85 7th Place East Suite 500<br>Saint Paul, MN 55101 | Vendor | | $200.00 |
| NY State Dept. of Law | NY State Dept. of Law | Vendor | | $150.00 |

## CLOSETS BY DESIGN FRANCHISING, INC.
### 20 Largest Unsecured Claims

| Office of Attorney General Maryland | Office of Attorney General Maryland | Vendor | $100.00 |
|---|---|---|---|
| Print On All<br>6612 San Fernando Rd<br>Glendale, CA 91201 | Print On All<br>6612 San Fernando Rd<br>Glendale, CA 91201 | Vendor | $544.34 |
| Prestige Property Services Inc.<br>PO Box 53275<br>Irvine, CA 92619-3275 | Prestige Property Services Inc.<br>PO Box 53275<br>Irvine, CA 92619-3275 | Vendor | $215.00 |
| Sir Speedy Printing<br>7240 Greenleaf Ave<br>Whittier, CA 90602 | Sir Speedy Printing<br>7240 Greenleaf Ave<br>Whittier, CA 90602 | Vendor | $2,125.00 |
| State of Illinois<br>500 S 2nd St<br>Springfield, IL 62701 | State of Illinois<br>500 S 2nd St<br>Springfield, IL 62701 | Vendor | $100.00 |
| Val-Pak Direct Mktg. Systems<br>PO Box 945889<br>Atlanta, GA 30394-5889 | Val-Pak Direct Mktg. Systems<br>PO Box 945889<br>Atlanta, GA 30394-5889 | Vendor | $199,670.00 |
| Washington State Treasurer | Washington State Treasurer | Vendor | $100.00 |
| Action Marketing<br>5301 Beethoven Street Suite 295<br>Los Angeles, CA 90066 | Action Marketing<br>5301 Beethoven Street Suite 295<br>Los Angeles, CA 90066 | Vendor | $3,650.00 |
| MatchPoint Network107 Woodbine<br>Downs Blvd Suite Unit 12<br>Toronto, ON M9W6Y1 | MatchPoint Network107 Woodbine<br>Downs Blvd Suite Unit 12<br>Toronto, ON M9W6Y1 | Vendor | $3,000.00 |
| PG Telecom Holding Inc.<br>30251 Golden Lantern<br>Suite E PMB 508<br>Laguna Niguel, CA 92677 | PG Telecom Holding Inc.<br>30251 Golden Lantern<br>Suite E PMB 508<br>Laguna Niguel, CA 92677 | Vendor | $904.82 |
| Q-Ponz<br>125 Nashdene Rd Unit 1<br>Scarborough, ON M1V 2W3 | Q-Ponz<br>125 Nashdene Rd Unit 1<br>Scarborough, ON M1V 2W3 | Vendor | $13,935.90 |

## CLOSETS BY DESIGN FRANCHISING, INC.
### 20 Largest Unsecured Claims

| | Vendor | |
|---|---|---|
| Softline Solutions LLC<br>3917 Fountain Ave<br>Los Angeles, CA 90029 | Softline Solutions LLC<br>3917 Fountain Ave<br>Los Angeles, CA 90029 | $6,393.02 |

Verification of Creditor Mailing List - (Rev. 10/05)                                              2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Christopher S. Reeder

Address
Reeder Lu & Green LLP
2121 Avenue of the Stars Ste. 950
Los Angeles, CA 90067

Telephone    (310) 270-9300

☒ Attorney for Debtor(s)    CBD Franchising, Inc.
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| | Chapter:    11 |

# VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  2    sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    March 17, 2010

_____
*Debtor*

/s/ Christopher S. Reeder
_____
*Attorney (if applicable)*

_____
*Joint Debtor*

CBD Franchising Inc
3860 Capitol Ave
Whittier, CA 90601-1733


Reeder, Lu & Green LLP
2121 Avenue of the Stars
Suite 950
Los Angeles, CA 90067


Office of the United States Trustee
725 S Figueroa Street
Suite 2600
Los Angeles, CA 90017

2K TEM Inc
Attn Matthew Caemmerer
1017 Grand Blvd
Deer Park, NY 11729


Action Marketing
5301 Beethoven Street Suite 295
Los Angeles, CA 90066


Jacquelyn Almond
8 Amargosa
Irvine, CA 92602


Charles Arabian
3631 Gardenia Ave
Long Beach, CA 90807


Arete Organizational Solutions Inc
Attn Eric & Laura Van Sickle
1200 Westinghouse Blvd Suite E
Charlotte, NC 28273


B & B Closets
Attn Brian Berendsen
671 Kintner Parkway
Sunbury, OH 43074


Caron Design Inc
Attn Geoff Davenport
6962 Wellington Road
Manassas, VA 20109

Chantels Customs Designs
Attn Dave & Chantale Persinger
3811 Tarheel Drive Suite 109
Raleigh, NC 27609


Closets By Design North Texas Inc
Attn Bryan & Lisa Greenup
4125 Billy Mitchell Dr Suite 100A
Addison, TX 75001


Closets By Design South Jersey LLC
Attn Bill & Mary Conway
2080 E State Street
Hamilton, NJ 08619


Cathy Cooper
913 N Raymond Ave
Fullerton, CA 92831


Custom Storage Solutions Inc
Attn Charles Waterman
928 Springdale Dr
Exton, PA 19341


Cypress Insurance Company
PO Box 881236
San Francisco, CA 94188


Deluxe Business Forms and Supplies
PO Box 742572
Cincinnati, OH 45274-2572

Department of Corporations


Gerald Egner Jr
34722 Calle Fortuna
Capistrano Beach, CA 92624


EJ2 Solutions Inc
Attn Jeff Speedy
3600 Chamberlain Lane Unit 304
Louisville, KY 40241


EVO LLC
Attn Gary Evonsion
2880 N Berkeley Lake Rd NW Ste 4
Duluth, GA 30096


Bob Fraser
436 Line 2 RR 2
Niagara on the Lake, Ontario L0S 1J0


General Treasurer of Rh Island
233 Richmond St Ste Unit 232
Providence, RI 02903


Gulf Coast Closets LLC
Attn Stephen Carreiro
932 NE 24th Lane Unit 4
Cape Coral, FL 33909

Home & Business Storage Solutions Inc
Attn Brian ONeill
1933 NW 40th Court
Pompano Beach, FL 33064


Homeowners Marketing Services
12444 Victory Blvd Second Floor
North Hollywood, CA 91606


JCK Enterprises Inc
Attn Campbell & Kathy Torrance
31 Saunders Road Unit 1
Barrie, Ontario Canada L4N9A7


Jamesbrook Enterprise
Attn Russ Smith
2 Shaker Road Unit B100
Shirley, MA 01464


Karis Inc
Attn Glen Grosser
11319 Grooms Road
Cincinnati, OH 45242


Susan Kroll
2516 Graham Ave Unit 6
Redondo Beach, CA 90278

LQ Ventures Inc
Attn Bob Qualters and Ron Lichwala
997 W Kennedy Blvd A18
Orlando, FL 32810


Law Office of Don M Drysdale
3501 Jamboree Road Suite 6000
Newport Beach, CA 92660-2960


M&I Equipment Finance Co
250 East Wisconson Avenue
Suite 1400
Milwaukee, WI 53202-4219


MarJac Inc
Attn Mark & Jackie Kendziorek
4640 Campus Place Unit 110
Mukilteo, WA 98275


MatchPoint Network
107 Woodbine Downs Blvd Suite Unit 12
Toronto, ON M9W6Y1


Meyer & Son
4019 Medford Street
Los Angeles, CA 90063


Minnesota State Treasurer
85 7th Place East Suite 500
Saint Paul, MN 55101

MNE Design Inc
Attn Bob & Sarah Eppard
13070 Highway 55
Plymouth, MN 55441


Money Mailer
12131 Western Ave
Garden Grove, CA 92841


Mountain Horizons Inc
Attn Bill Taylor
4995 Varsity Drive
Lisle, IL 60532


MSS Enterprises LLC
Attn Sandra & Mark Sokol
277 Mallory Station Rd Unit 107
Franklin, TN 37067


NMN Closet Inc
Attn Norman & Nadine Holtz
40 Veterans Blvd
Carlstadt, NJ 07072


NY State Dept of Law


Office of Atty Gen Maryland

PG Telecom Holding Inc
30251 Golden Lantern Suite E PMB 508
Laguna Niguel, CA 92677


Prefect Closets Inc
Attn Gino Savarino
799 Sharon Drive
Westlake, OH 44145


Prestige Property Services Inc
PO Box 53275
Irvine, CA 92619-3275


Print On All
6612 San Fernando Rd
Glendale, CA 91201


Q Ponz
125 Nashdene Rd Unit 1
Scarborough, ON M1V 2W3


Ben Ratterree


Redwood Fire and Cas Ins Co
751 Daily Drive Ste 230
Camarillo, CA 93010


Dawn Restaino
309 18th Street Apt D
Huntington Beach, CA 92648

Scottsdale Insurance Company
8877 North Galney Center Dr
Scottsdale, AZ 85258


Scottsdale Insurance Company
One Nationwide Plaza
Columbus, OH 43215


Sir Speedy Printing
7240 Greenleaf Ave
Whittier, CA 90602


Softline Solutions LLC
3917 Fountain Ave
Los Angeles, CA 90029


State of Illinois
500 S 2nd St
Springfield, IL 62701


Technicraft Manufacturing Inc
Attn Dan & Corbin Johnson
901 Jason Street Unit A
Denver, CO 80223


Treasurer of Virginia
1300 E Main St 1st Floor
Richmond, VA 23219

Valassis Direct Mail Inc
File 70179
Los Angeles, CA 90074-0179


Val Pak Direct Mktg Systems
PO Box 945889
Atlanta, GA 30394-5889


WI Enterprices LLC
Attn Ira Heskin
600 S 56th Street Suite 11
Chandler, AZ 85226


Warland Investments Co
1299 Ocean Avenue
Suite 300
Santa Monica, CA 90401


Washington State Treasurer


White Space Design
Attn Paul Tomey
6551 43rd Street N Unit 1405
Pinellas Park, FL 33781


Wilhite Millworks Inc
Attn Ron Wilhite
3865 Mira Loma Drive Suite 103
Reno, NV 89502

Charles York
19782 Trident Ln
Huntington Beach, CA 92646